EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| | 2022 TSPR 122 |
| Anthony John Medina Flores | 210 DPR ___ |

Número del Caso:  TS-8,857


Fecha:  12 de octubre de 2022


Abogado de la parte peticionaria:

    Por derecho propio


Materia:  Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | | |
|---|---|---|
| In re:<br><br><br>Anthony John Medina Flores | TS-8,857 | |

RESOLUCIÓN

En San Juan, Puerto Rico, a 12 de octubre de 2022.

Evaluada la *Petición de Reinstalación al Ejercicio de la Abogacía y la Notaría* del 22 de agosto de 2022, se ordena la reinstalación al ejercicio de la abogacía. En cuanto a la notaría, se requiere al señor Anthony John Medina Flores la presentación de evidencia de haber tomado un mínimo de doce (12) créditos de Educación Jurídica Continua en la materia de Derecho Notarial antes de considerar su solicitud de reinstalación.

Examinada la *Urgente Moción en Solicitud de Relevo de Representación Legal* presentada el 15 de septiembre de 2022, se provee Ha Lugar. Tome nota la Secretaría de este Tribunal.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Martínez Torres proveería No Ha Lugar y emite la expresión siguiente:

> El Juez Asociado señor Martínez Torres denegaría la reinstalación en esta etapa y solo la consideraría al culminar el tramite de todas las quejas que penden en contra del Sr. Anthony John Medina Flores, proceso al que debería someterse como requisito para que se considere su reinstalación. Los abogados suspendidos indefinidamente del ejercicio de la abogacía, como el señor Medina Flores, se encuentran en la misma posición que un aspirante que solicita admisión por primera vez: Debe allanarse a que el

Tribunal ausculte su idoneidad ética antes de otorgarle una licencia para ejercer la profesión. No cerciorarnos de eso atenta contra el interés público y puede resultar en que le otorguemos una licencia a una persona, sin la certeza necesaria de que no existen problemas éticos que le inhabiliten para practicar la abogacía.

La Jueza Presidenta Oronoz Rodríguez no intervino.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo